Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                    Case No.:  14−20779−JNP
                                    Chapter:  13
                                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry J. Amanto Jr.                                 Sara J. Amanto
   71 Woodbury Drive                                 71 Woodbury Drive
   Mullica Hill, NJ 08062                             Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−1663                                          xxx−xx−0640

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       12/8/16
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fee: $1000.00

EXPENSES
$28.45

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 27, 2016
JJW:

                                                                                                    James J. Waldron
                                                                                                    Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 14-20779-JNP
      Henry J. Amanto, Jr.                                    Chapter 13
      Sara J. Amanto
               Debtors             CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2                   Date Rcvd: Oct 27, 2016
                              Form ID: 137             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db/jdb         +Henry J. Amanto, Jr.,    Sara J. Amanto,    71 Woodbury Drive,    Mullica Hill, NJ 08062-4441
cr             +GREEN TREE SERVICING LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
514813467     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 26078,    Greensboro, NC 27420)
514813468      +Booth Radiology,    c/o AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2207
514813469       Capital One,   P.O. Box 71083,    Charlotte, NC 28272-1083
514813470       Capital One Bank,    PO Box 70884,   Charlotte, NC 28272-0884
514813471      +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
514813472       Capital One Card Services,    PO Box 71107,    Charlotte, NC 28272-1107
514813474      +Gloucester County Probation Dept,    60 W Broad Street,   Bridgeton, NJ 08302-2515
514813477      +Kennedy Health System,    c/o Financial Recove3ries,   200 East Park Drive Ste 100,
                 PO Box 1388,    Mount Laurel, NJ 08054-7388
514881630      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514813478      +PNC Mortgage,   539 S. Fourth Street,    Louisville, KY 40202-2535
515081851      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
515081852      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129,    SPECIALIZED LOAN SERVICING LLC,
                 8742 LUCENT BLVD, SUITE 300,   HIGHLANDS RANCH, COLORADO 80129-2386
515000657     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,   PO Box 245,
                 Trenton, NJ 08695-0245)
514813479      +Sovereign Bank,    865 Brook Street,    Rocky Hill, CT 06067-3444
514813480       State of New Jersey,    Division of Taxation,   PO Box 445,    Trenton, NJ 08695-0445
515019455      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2016 22:48:24     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2016 22:48:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514813473       E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 22:37:07     GECRB/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
515066051       E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2016 22:48:05     Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
514813475       E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2016 22:48:05     Green Tree Servicing LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
514813476       E-mail/Text: cio.bncmail@irs.gov Oct 27 2016 22:47:57     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
515047443       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2016 22:37:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of Gulf State Credit, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515050208       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 22:58:04
                 Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,   Norfolk VA 23541
515041071       E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 22:37:06     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Oct 27, 2016
                              Form ID: 137             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              Eric    Clayman    on behalf of Plaintiff Henry J Amanto, Jr jenkins.clayman@verizon.net
              Eric    Clayman    on behalf of Plaintiff Sara J. Amanto jenkins.clayman@verizon.net
              Eric    Clayman    on behalf of Joint Debtor Sara J. Amanto jenkins.clayman@verizon.net
              Eric    Clayman    on behalf of Debtor Henry J. Amanto, Jr. jenkins.clayman@verizon.net
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Sara J. Amanto jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Henry J. Amanto, Jr. jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jennifer R. Gorchow     on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKEDCERTIFICATES, SERIES
               2006-14 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKEDCERTIFICATES, SERIES
               2006-14 NJ_ECF_Notices@buckleymadole.com
                                                                                            TOTAL: 11
```