| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on December 8,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>Henry and Sara Amanto<br>Debtor | Case No: 14-20779<br><br>Chapter: 13<br><br>Judge: JNP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__1000.00_____ for services rendered and expenses in the amount of $__28.45_____ for a total of $___1028.45_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2175.00_____ per month for _____31_____ months to allow for payment of the foresaid fee.