| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN** Eric J Clayman, Esquire 412 White Horse Pike Audubon, NJ 08106 (856) 546-9696 Attorneys for the Debtor | Order Filed on December 8, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: Henry and Sara Amanto Debtor | Case No: 14-20779 Chapter: 13 Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__1000.00_____ for services rendered and expenses in the amount of $__28.45_____ for a total of $___1028.45_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2175.00_____ per month for _____31_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Henry J. Amanto, Jr.  
Sara J. Amanto  
    Debtors

Case No. 14-20779-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 08, 2016  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.  
db/jdb         +Henry J. Amanto, Jr.,   Sara J. Amanto,   71 Woodbury Drive,   Mullica Hill, NJ 08062-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:

          Eric    Clayman     on behalf of Debtor Henry J. Amanto, Jr. jenkins.clayman@verizon.net  
          Eric    Clayman     on behalf of Plaintiff Henry J Amanto, Jr jenkins.clayman@verizon.net  
          Eric    Clayman     on behalf of Plaintiff Sara J. Amanto jenkins.clayman@verizon.net  
          Eric    Clayman     on behalf of Joint Debtor Sara J. Amanto jenkins.clayman@verizon.net  
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Jeffrey E. Jenkins     on behalf of Joint Debtor Sara J. Amanto jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
          Jeffrey E. Jenkins     on behalf of Debtor Henry J. Amanto, Jr. jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
          Jennifer R. Gorchow     on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com  
          Joshua I. Goldman     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKEDCERTIFICATES, SERIES 2006-14 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Melissa N. Licker     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKEDCERTIFICATES, SERIES 2006-14 NJ_ECF_Notices@buckleymadole.com  
                                                                                                       TOTAL: 11