# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Henry J. Amanto, Jr.

Case No.: 14-20779

Hearing Date: 4/13/2018

Chapter: 13

Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny Jr. , United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Non-Payment

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** April 13, 2018 @ 10:00AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 3/19/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  3/19/ , 20 18  this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-20779-JNP
Henry J. Amanto, Jr.                                                  Chapter 13
Sara J. Amanto
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 19, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db/jdb        +Henry J. Amanto, Jr.,   Sara J. Amanto,   71 Woodbury Drive,   Mullica Hill, NJ 08062-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKEDCERTIFICATES, SERIES
           2006-14 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Eric    Clayman    on behalf of Debtor Henry J. Amanto, Jr. jenkins.clayman@verizon.net
          Eric    Clayman    on behalf of Plaintiff Henry J Amanto, Jr jenkins.clayman@verizon.net
          Eric    Clayman    on behalf of Plaintiff Sara J. Amanto jenkins.clayman@verizon.net
          Eric    Clayman    on behalf of Joint Debtor Sara J. Amanto jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Joint Debtor Sara J. Amanto jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor Henry J. Amanto, Jr. jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jennifer R. Gorchow    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKEDCERTIFICATES, SERIES
           2006-14 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKEDCERTIFICATES, SERIES
           2006-14 NJ_ECF_Notices@buckleymadole.com
                                                                                               TOTAL: 12